```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 08087
   CHERIE NICOLE MILLER
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3930

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/03/2008 and was not confirmed.

      The case was dismissed without confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
US CELLULAR                UNSEC W/INTER NOT FILED              .00            .00
AT & T                     UNSEC W/INTER NOT FILED              .00            .00
BANK OF AMERICA            UNSEC W/INTER NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER NOT FILED              .00            .00
T MOBILE                   UNSEC W/INTER NOT FILED              .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER      811.88            .00            .00
RJM AQUISITIONS FUNDING    UNSEC W/INTER       66.92            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSEC W/INTER NOT FILED              .00            .00
DISH NETWORK               UNSEC W/INTER NOT FILED              .00            .00
PREMIER BANKCARD           UNSEC W/INTER      449.92            .00            .00
GREAT AMERICAN FINANCE     UNSEC W/INTER NOT FILED              .00            .00
WASHINGTON MUTUAL          UNSEC W/INTER NOT FILED              .00            .00
KE TERMNL CU               UNSEC W/INTER     2630.31            .00            .00
PAY DAY LOAN STORE         UNSEC W/INTER NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     1029.34            .00            .00
ISAC                       UNSEC W/INTER     3795.06            .00            .00
SALLIE MAE LOAN SERVICIN   UNSEC W/INTER NOT FILED              .00            .00
SALLIE MAE LOAN SERVICIN   UNSEC W/INTER NOT FILED              .00            .00
SALLIE MAE LOAN SERVICIN   UNSEC W/INTER NOT FILED              .00            .00
SALLIE MAE LOAN SERVICIN   UNSEC W/INTER NOT FILED              .00            .00
SALLIE MAE LOAN SERVICIN   UNSEC W/INTER NOT FILED              .00            .00
UPTOWN CASH                UNSEC W/INTER NOT FILED              .00            .00
WESTBURY VENTURES          UNSEC W/INTER NOT FILED              .00            .00
MB FINANCIAL               CURRENT MORTG        .00             .00            .00
MB FINANCIAL               MORTGAGE ARRE     257.32             .00         257.32
NORTHERN TRUST             CURRENT MORTG        .00             .00            .00
NORTHERN TRUST             MORTGAGE ARRE        .00             .00            .00
WELLS FARGO BANK           SECURED NOT I   17024.41             .00            .00
WELLS FARGO BANK           UNSEC W/INTER NOT FILED              .00            .00
ADT SECURITY SVC           UNSEC W/INTER NOT FILED              .00            .00
CHASE BANK USA             UNSEC W/INTER NOT FILED              .00            .00
CITY OF CHICAGO WATER DE   UNSEC W/INTER NOT FILED              .00            .00
COMCAST                    UNSEC W/INTER NOT FILED              .00            .00
OLIVE HARVEY COLLEGE       UNSEC W/INTER NOT FILED              .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,715.00                         1,082.79

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08087 CHERIE NICOLE MILLER
```

```
TOM VAUGHN                 TRUSTEE                                  106.37
DEBTOR REFUND              REFUND                                   207.00

        Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
 ------------------------------------------------------------------------
TRUSTEE                  1,653.48

PRIORITY                                              .00
SECURED                                            257.32
UNSECURED                                             .00
ADMINISTRATIVE                                   1,082.79
TRUSTEE COMPENSATION                               106.37
DEBTOR REFUND                                      207.00
                         ---------------    ---------------
TOTALS                   1,653.48            1,653.48
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/27/09            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE